23 So.3d 856 (2009)
Shernerd RICHARDSON, Petitioner,
v.
STATE of Florida, Respondent.
No. 1D09-4687.
District Court of Appeal of Florida, First District.
December 16, 2009.
Shernerd Richardson, pro se, Petitioner.
Bill McCollum, Attorney General, and Trisha Meggs Pate, Assistant Attorney General, Tallahassee, for Respondent.
*857 PER CURIAM.
DENIED. See Munn v. Fla. Parole Comm'n, 807 So.2d 733 (Fla. 1st DCA 2002).
WEBSTER, DAVIS, and PADOVANO, JJ., concur.